Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Karbowski, Grzegorz** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Grochowska, Anna** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-7627** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-8550** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5657 West Higgins Ave.**<br>**Chicago, IL**                ZIP Code **60630** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5657 West Higgins Ave.**<br>**Chicago, IL**                ZIP Code **60630** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11        ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. |  |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                              **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Karbowski, Grzegorz** <br> **Grochowska, Anna** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X**  **/s/ Joseph Wrobel**                              **July 27, 2007** <br> Signature of Attorney for Debtor(s)                (Date) <br> **Joseph Wrobel 3078256** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)

FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Karbowski, Grzegorz**
**Grochowska, Anna**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Grzegorz Karbowski**
Signature of Debtor **Grzegorz Karbowski**

**X /s/ Anna Grochowska**
Signature of Joint Debtor **Anna Grochowska**

Telephone Number (If not represented by attorney)

**July 27, 2007**
Date

### Signature of Attorney

**X /s/ Joseph Wrobel**
Signature of Attorney for Debtor(s)

**Joseph Wrobel 3078256**
Printed Name of Attorney for Debtor(s)

**Joseph Wrobel, Ltd.**
Firm Name
**105 West Madison Street**
**Suite 700**
**Chicago, IL 60602**

Address

**josephwrobel@chicagobankruptcy.com**
**312.781.0996  Fax: 312.606.0413**
Telephone Number

**July 27, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Grzegorz Karbowski**    **Anna Grochowska**      Case No. _____

Debtor(s)      Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Grzegorz Karbowski**
                        **Grzegorz Karbowski**

Date:   **July 27, 2007**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Grzegorz Karbowski**
**Anna Grochowska**
                                          Case No. _____
                              Debtor(s)    Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Anna Grochowska**
                       **Anna Grochowska**
Date:   **July 27, 2007**

Form B6A
(10/05)

In re    **Grzegorz Karbowski,**                                                   Case No. _____
         **Anna Grochowska**

                                                                    ,
                                        Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6B
(10/05)

In re    **Grzegorz Karbowski,**
       **Anna Grochowska**                            Case No. _____

                                Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Personal Funds** | **J** | **50.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - LaSalle Bank** | **J** | **894.00** |
| | | | **Checking - LaSalle Bank -8293** | **W** | **1,000.00** |
| | | | **Checking - TCF Bank - 4563** | **H** | **115.00** |
| | | | **Checking - TCF Bank - 3691** | **J** | **200.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Used household furniture, appliances and elecronics** | **J** | **900.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing - Fully Depreciated** | **J** | **800.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Policy - Great American Life Ins** | **H** | **0.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                  Sub-Total >      **3,959.00**
                                            (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

Form B6B
(10/05)

In re    **Grzegorz Karbowski,**
**Anna Grochowska**
                                                                    Case No. _____

_____,
Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA - LaSalle Financial Services, Inc. - TNC-404233** | H | 13,325.00 |
| | | **IRS - Fidelity - #114975362** | H | 31,100.00 |
| | | **IRA - LaSalle Bank - TNC- 369675** | H | 4,121.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholder of Rolling Shutters, Inc.** | J | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **48,546.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re     **Grzegorz Karbowski,**                                            Case No. _____
          **Anna Grochowska**

                                                            ,
                                        Debtors
# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Jeep Cherokee - 115,000 miles - rebuilt vehicle** | **W** | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **1,500.00** |
| (Total of this page) | |
| Total > | **54,005.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6C
(4/07)

In re   **Grzegorz Karbowski,**
       **Anna Grochowska**

Case No. _____

_____,
Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Personal Funds | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking - LaSalle Bank | **735 ILCS 5/12-1001(b)** | **894.00** | **894.00** |
| Checking - LaSalle Bank -8293 | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| Checking - TCF Bank - 4563 | **735 ILCS 5/12-1001(b)** | **115.00** | **115.00** |
| Checking - TCF Bank - 3691 | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| Used household furniture, appliances and elecronics | **735 ILCS 5/12-1001(b)** | **900.00** | **900.00** |
| **Wearing Apparel** | | | |
| Clothing - Fully Depreciated | **735 ILCS 5/12-1001(a)** | **800.00** | **800.00** |
| **Interests in Insurance Policies** | | | |
| Term Policy - Great American Life Ins | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA - LaSalle Financial Services, Inc. - TNC-404233 | **735 ILCS 5/12-704** | **13,325.00** | **13,325.00** |
| IRS - Fidelity - #114975362 | **735 ILCS 5/12-704** | **31,100.00** | **31,100.00** |
| IRA - LaSalle Bank - TNC- 369675 | **735 ILCS 5/12-704** | **4,121.00** | **4,121.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1998 Jeep Cherokee - 115,000 miles - rebuilt vehicle | **735 ILCS 5/12-1001(c)** | **2,400.00** | **1,500.00** |
| | Total: | **54,905.00** | **54,005.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Official Form 6D (10/06)

In re  **Grzegorz Karbowski,**                                                Case No. _____
       **Anna Grochowska**

_____,
                              Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re   **Grzegorz Karbowski,**                                                    Case No. _____
        **Anna Grochowska,**
_____,
                          Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re   **Grzegorz Karbowski,**
     **Anna Grochowska**
                                   Debtors

Case No. _____

,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.   **Creditor #: 1 Allied C/O Allied Data Corp. 13111 Westheimer, Suite 400 Houston, TX 77077-5547** | | W | Collection account | | | | 1,190.21 |
| Account No. **xxxx-xxxx-xxxx-5149**   **Creditor #: 2 American Express % Customer Service PO Box 297812 Fort Lauderdale, FL 33329-7812** | | H | Credit Card | | | | 10,149.00 |
| Account No. **xxxx-xxxxxx-x1000**   **Creditor #: 3 American Express PO Box 360002 Fort Lauderdale, FL 33336-0002** | | W | Credit Card | | | | 5,628.26 |
| Account No.   **Representing: American Express** | | | **American Express PO Box 740640 Atlanta, GA 30374-0640** | | | | |

__25__  continuation sheets attached

| | Subtotal (Total of this page) | 16,967.47 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037         S/N:27995-070502   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Grzegorz Karbowski,**                           Case No. _____
        **Anna Grochowska**

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**American Express** | | | **American Express**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329-7871** | | | | |
| Account No.<br><br>**Representing:**<br>**American Express** | | | **Risk Management Alternatives**<br>**PO Box 105195**<br>**Atlanta, GA 30348** | | | | |
| Account No. **xxxx-xxxx-xxxx-8021**<br><br>**Creditor #: 4**<br>**Associated Bank**<br>**PO Box 8034**<br>**South Hackensack, NJ 07606-8034** | | W | **Credit Card** | | | | **4,745.00** |
| Account No. **xxxx-xxxx-xxxx-3935**<br><br>**Creditor #: 5**<br>**At&T Universal**<br>**PO Box 6907**<br>**The Lakes, NV 88901-6907** | | W | **Credit Card** | | | | **16,465.20** |
| Account No.<br><br>**Representing:**<br>**At&T Universal** | | | **AT&T Universal**<br>**PO Box 44167**<br>**Jacksonville, FL 32231-4167** | | | | |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,210.20**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
**Anna Grochowska**
                                                                   Case No. _____

                                                                   ,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: At&T Universal** | | | | **Citibank Clasic MC C/O National Enterprise Systems 29125 Solon Rd. Solon, OH 44139-3442** | | | | |
| Account No. **Representing: At&T Universal** | | | | **Fidelis Recovery Solutions Inc. Bldg 500 Suite 200 1395 S. Marietta Pkwy. Marietta, GA 30067-4440** | | | | |
| Account No. **Representing: At&T Universal** | | | | **Kretschman Law Office PO Box 345 Buffalo, NY 14231** | | | | |
| Account No. **xxxx-xxxx-xxxx-8837** **Creditor #: 6 AT&T Universal PO Box 44167 Jacksonville, FL 32231-4167** | | W | | **Credit Card** | | | | **10,119.99** |
| Account No. **Representing: AT&T Universal** | | | | **AT&T Universal PO Box 6916 The Lakes, NV 88901-6916** | | | | |

Sheet no. __**2**___ of __**25**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **10,119.99**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Grzegorz Karbowski,**                          Case No. _____
          **Anna Grochowska**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>AT&T Universal | | | NCO Financial Systems<br>PO Box 41417<br>Philadelphia, PA 19101 | | | | |
| Account No.<br><br>Representing:<br>AT&T Universal | | | NCO Financial Systems<br>PO Box 41625 Dept. 99<br>Philadelphia, PA 19101-1625 | | | | |
| Account No.<br><br>Representing:<br>AT&T Universal | | | Superlative RM<br>7311 Greenhaven Dr., Suite 273<br>Sacramento, CA 95831-3585 | | | | |
| Account No. xxxxxxxx9590<br><br>Creditor #: 7<br>Bank of America<br>PO Box 7047<br>Dover, DE 19903-7047 | | W | Credit Card | | | | 6,884.00 |
| Account No. xxxx-xxxx-xxxx-5926<br><br>Creditor #: 8<br>Bank One<br>PO Box 50882<br>Henderson, NV 89016-0882 | | W | Credit Card | | | | 4,785.76 |

Sheet no. __3__ of __25__ sheets attached to Schedule of               Subtotal        | **11,669.76**
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Grzegorz Karbowski,**
**Anna Grochowska**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Bank One** | | | **Bank One** <br>**PO Box 8650** <br>**Wilmington, DE 19899-8650** | | | | |
| Account No. **xxxxxxxxxxx5596** <br>**Creditor #: 9** <br>**Best Buy** <br>**C/O LVNV Funding** <br>**PO Box 10497** <br>**Greenville, SC 29603** | | H | **Credit Card** | | | | **2,417.00** |
| Account No. <br><br>**Representing:** <br>**Best Buy** | | | **Blitt & Gaines** <br>**318 West Adams St.   #1600** <br>**Chicago, IL 60606** | | | | |
| Account No. <br><br>**Representing:** <br>**Best Buy** | | | **Sherman Acquisition LP** <br>**9700 Bissonnet #2000** <br>**PO Box 740281** <br>**Houston, TX 77274-0281** | | | | |
| Account No. **xxx-xxx-931-1** <br>**Creditor #: 10** <br>**BP** <br>**PO Box 15298** <br>**Wilmington, DE 19850-5298** | | W | **Credit Card** | | | | **29.30** |

Sheet no. __4___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,446.30**

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
       **Anna Grochowska**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing:** **BP** | | | | | BP/CBSD PO Box 6003 Hagerstown, MD 21747 | | | | |
| Account No. **Representing:** **BP** | | | | | BP/Citibank SD PO Box 15687 Wilmington, DE 19850-5687 | | | | |
| Account No. **xx xxxx xxx515 8** **Creditor #: 11** **Brooks Brothers** **PO Box 105975** **Atlanta, GA 30348-5975** | W | | | | Credit Card | | | | **1,201.05** |
| Account No. **Representing:** **Brooks Brothers** | | | | | American Recovery Systems, Inc. 1699 Wall St., Suite 300 Mount Prospect, IL 60056-5788 | | | | |
| Account No. **Representing:** **Brooks Brothers** | | | | | West Asset Management Inc. PO Box 105747 Atlanta, GA 30348-5747 | | | | |

Sheet no. __**5**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,201.05**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Grzegorz Karbowski,**
**Anna Grochowska**

Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0415** | | | Credit Card | | | | |
| **Creditor #: 12**<br>**Capital One**<br>**PO Box 85167**<br>**Richmond, VA 23285-5167** | | H | | | | | 1,136.00 |
| Account No. | | | Capital One<br>PO Box 85015<br>Richmond, VA 23285 | | | | |
| Representing:<br>**Capital One** | | | | | | | |
| Account No. **xxxx-xxxx-xxxx-5947** | | | Credit Card | | | | |
| **Creditor #: 13**<br>**Chase**<br>**PO Box 52195**<br>**Phoenix, AZ 85072-2195** | | W | | | | | 4,046.79 |
| Account No. | | | Arthur B. Adler & Associates<br>25 E. Washington St., Suite 500<br>Chicago, IL 60602-1702 | | | | |
| Representing:<br>**Chase** | | | | | | | |
| Account No. | | | Chase<br>PO Box 15919<br>Wilmington, DE 19850-5919 | | | | |
| Representing:<br>**Chase** | | | | | | | |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,182.79

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
       **Anna Grochowska**                                          Case No. _____

_____ ,
                                   Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2853** | | | Credit Card | | | | |
| **Creditor #: 14** **Chase** **PO Box 15919** **Wilmington, DE 19850-5919** | | W | | | | | 20,803.97 |
| Account No. **Representing:** **Chase** | | | **Chase** **PO Box 52195** **Phoenix, AZ 85072-2195** | | | | |
| Account No. **Representing:** **Chase** | | | **Select Financial Services, Inc** **PO Box 1070** **Jenkintown, PA 19046-7370** | | | | |
| Account No. **xxxxxxxxxxxx9430** | | | Credit Card | | | | |
| **Creditor #: 15** **Circuit City** **C/O Asset Acceptance LLC** **PO Box 2039** **Warren, MI 48090-2039** | | H | | | | | 1,933.74 |
| Account No. **Representing:** **Circuit City** | | | **Chase** **PO Box 15678** **Wilmington, DE 19850** | | | | |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **22,737.71**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
       **Anna Grochowska**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx6-485** | | | | | Credit Card | | | | |
| **Creditor #: 16** **Citgo** **PO Box 9095** **Des Moines, IA 50368-9095** | | | W | | | | | | 379.36 |
| Account No. **Representing:** **Citgo** | | | | | Associated Recovery Systems 201 W. Grand Ave. Escondido, CA 92025 | | | | |
| Account No. **Representing:** **Citgo** | | | | | Cavalry Portfolio LLC PO Box 27288 Tempe, AZ 85282-7288 | | | | |
| Account No. **Representing:** **Citgo** | | | | | Northland Group PO Box 390905 Edine, MN 55439 | | | | |
| Account No. **xxxx-xxxx-xxxx-5259** | | | | | Credit Card | | | | |
| **Creditor #: 17** **Citi Card** **PO Box 6000** **The Lakes, NV 89163-6000** | | | W | | | | | | 7,597.70 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,977.06

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
       **Anna Grochowska**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Citi Card** | | | **Academy Collection Service**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154-3210** | | | | |
| Account No.<br><br>**Representing:**<br>**Citi Card** | | | **Blatt Hasenmiller Leibker & Moore**<br>**125 S. Wacker Drive  Suite 400**<br>**Chicago, IL 60606-4440** | | | | |
| Account No.<br><br>**Representing:**<br>**Citi Card** | | | **Blatt Hasenmiller Leibker & Moore**<br>**PO Box 5463**<br>**Chicago, IL 60680-5463** | | | | |
| Account No.<br><br>**Representing:**<br>**Citi Card** | | | **Citicard**<br>**PO Box 6410**<br>**The Lakes, NV 88901-6410** | | | | |
| Account No.<br><br>**Representing:**<br>**Citi Card** | | | **Wolpoff & Abramson LLP**<br>**702 King Farm Blvd**<br>**Rockville, MD 20850-5775** | | | | |

Sheet no. __**9**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Grzegorz Karbowski,**                                           Case No. _____
      **Anna Grochowska**

_____,
                            Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9306** <br><br> **Creditor #: 18** <br> **Citi Cards** <br> **PO Box 142319** <br> **Irving, TX 75014-2319** | | W | **Credit Card** | | | | **441.09** |
| Account No. <br><br> **Representing:** <br> **Citi Cards** | | | **Citi Cards** <br> **PO Box 6416** <br> **The Lakes, NV 88901-6416** | | | | |
| Account No. <br><br> **Representing:** <br> **Citi Cards** | | | **McKelvey Law Office** <br> **2780 Main St.** <br> **Buffalo, NY 14214** | | | | |
| Account No. <br><br> **Representing:** <br> **Citi Cards** | | | **Superlative RM** <br> **7311 Greenhaven Dr., Suite 273** <br> **Sacramento, CA 95831-3585** | | | | |
| Account No. **xxxx-xxxx-xxxx-8021** <br><br> **Creditor #: 19** <br> **Citi Cards** <br> **PO Box 6418** <br> **The Lakes, NV 88901-6418** | | W | **Credit Card** | | | | **13,728.57** |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **14,169.66**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
 **Anna Grochowska**
                                                                                    Case No. _____

_____,
                                         Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Citibank | | | | |
| **Representing:** **Citi Cards** | | | **C/O NCO Financial Systems** **PO Box 41417 Dept. 99** **Philadelphia, PA 19101** | | | | |
| Account No. | | | **Citicards** | | | | |
| **Representing:** **Citi Cards** | | | **PO Box 44167** **Jacksonville, FL 32231-4167** | | | | |
| Account No. **xxxx-xxxx-xxxx-5149** | | | **Credit Card** | | | | |
| **Creditor #: 20** **Citibank** **PO Box 6401** **The Lakes, NV 88901-6401** | | H | | | | | 10,973.41 |
| Account No. | | | **Citibank** | | | | |
| **Representing:** **Citibank** | | | **PO Box 6000** **The Lakes, NV 89163-6000** | | | | |
| Account No. | | | **Fitzgerald Law Firm PC** | | | | |
| **Representing:** **Citibank** | | | **PO Box 3628** **Alpharetta, GA 30023-3628** | | | | |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                               Subtotal
                                                     (Total of this page)                    **10,973.41**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Grzegorz Karbowski,**
**Anna Grochowska**

Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4888** | | H | | Credit Card | | | | |
| **Creditor #: 21**<br>**Discover**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130-0395** | | | | | | | | 8,000.00 |
| Account No. **xxxx-xxxx-xxxx-2800** | | W | | Credit Card | | | | |
| **Creditor #: 22**<br>**Discover**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130-0395** | | | | | | | | 2,461.71 |
| Account No. | | | | National Action Financial Services<br>165 Lawrence Bell Dr., Suite 100<br>PO Box 9027<br>Williamsville, NY 14231-9027 | | | | |
| **Representing:**<br>**Discover** | | | | | | | | |
| Account No. | | | | Redline Recovery Services<br>2350 N. Forest Rd., Suite 31B<br>Getzville, NY 14068-1296 | | | | |
| **Representing:**<br>**Discover** | | | | | | | | |
| Account No. **xxx-xx8-358** | | W | | Credit Card | | | | |
| **Creditor #: 23**<br>**Express**<br>**PO Box 659728**<br>**San Antonio, TX 78265** | | | | | | | | 449.28 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,910.99

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Grzegorz Karbowski,**
**Anna Grochowska**
                                                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Express** | | | | | **Express PO Box 330066 Northglenn, CO 80233-0066** | | | | |
| Account No. **Representing: Express** | | | | | **FBCS 841 E. Hunting Park Ave. Philadelphia, PA 19124** | | | | |
| Account No. **Representing: Express** | | | | | **National Asset Recovery Inc. PO Box 701 Chesterfield, MO 63006-0701** | | | | |
| Account No. **Representing: Express** | | | | | **Plaza Associates PO Box 18008 Hauppauge, NY 11788-8808** | | | | |
| Account No. **Representing: Express** | | | | | **World Financial Network PO Box 182124 Columbus, OH 43218** | | | | |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Grzegorz Karbowski,**
     **Anna Grochowska**
                                                     ,

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3971** | | | **Credit Card** | | | | |
| **Creditor #: 24**<br>**First USA**<br>**PO Box 8650**<br>**Wilmington, DE 19899-8650** | | W | | | | | |
| | | | | | | | **8,766.51** |
| Account No.<br><br>**Representing:**<br>**First USA** | | | **Bank One**<br>**PO Box 50882**<br>**Henderson, NV 89016-0882** | | | | |
| Account No.<br><br>**Representing:**<br>**First USA** | | | **Bank One**<br>**PO Box 8650**<br>**Wilmington, DE 19899-8650** | | | | |
| Account No.<br><br>**Representing:**<br>**First USA** | | | **Capital Management Services Inc.**<br>**726 Exchange St. #700**<br>**Buffalo, NY 14210** | | | | |
| Account No.<br><br>**Representing:**<br>**First USA** | | | **First USA**<br>**PO Box 50882**<br>**Henderson, NV 89016-0882** | | | | |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,766.51**

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
    **Anna Grochowska**
                                   Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Representing:**<br>**First USA** | | | **National Action Financial Services**<br>**165 Lawrence Bell Dr., Suite 100**<br>**PO Box 9027**<br>**Williamsville, NY 14231-9027** | | | | |
| Account No.<br>**Representing:**<br>**First USA** | | | **Resurgence Financial LLC**<br>**4100 Commercial Ave.**<br>**Northbrook, IL 60062** | | | | |
| Account No. **xxxx-xxxx-xxxx-5058**<br>**Creditor #: 25**<br>**Fleet**<br>**PO Box 15368**<br>**Wilmington, DE 19886-5368** | | W | **Credit Card** | | | | **6,884.86** |
| Account No.<br>**Representing:**<br>**Fleet** | | | **Arthur B. Adler & Associates**<br>**25 E. Washington St., Suite 500**<br>**Chicago, IL 60602-1702** | | | | |
| Account No.<br>**Representing:**<br>**Fleet** | | | **Fleet Credit Card Servces**<br>**PO Box 17192**<br>**Wilmington, DE 19850-7192** | | | | |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,884.86**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Grzegorz Karbowski,**
     **Anna Grochowska**

Case No. _____

_____,
               Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-1862**<br><br>**Creditor #: 26**<br>**Household Bank**<br>**PO Box 81622**<br>**Salinas, CA 93912-1622** | | H | | Credit Card | | | | 2,000.00 |
| Account No.<br><br>**Representing:**<br>**Household Bank** | | | | Household Bank<br>PO Box 88000<br>Baltimore, MD 21288-0001 | | | | |
| Account No. **xxxx-xxxx-xxxx-7518**<br><br>**Creditor #: 27**<br>**Household Bank**<br>**PO Box 17051**<br>**Baltimore, MD 21297-1051** | | W | | Credit Card | | | | 3,328.82 |
| Account No.<br><br>**Representing:**<br>**Household Bank** | | | | Select Financial Services, Inc<br>PO Box 1070<br>Jenkintown, PA 19046-7370 | | | | |
| Account No. **xxxxxxx4552**<br><br>**Creditor #: 28**<br>**Kohl's**<br>**N56W17000 Ridge**<br>**Menomonee Falls, WI 53051** | | H | | Credit Card | | | | 382.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,710.82

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Grzegorz Karbowski,**
       **Anna Grochowska**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx0-149** | | | Credit Card | | | | |
| **Creditor #: 29** **Le Redoute** **PO Box 659728** **San Antonio, TX 78265-9728** | | W | | | | | 563.72 |
| Account No. Representing: **Le Redoute** | | | **Mitchell N. Kay PC** **PO Box 2374** **Chicago, IL 60690** | | | | |
| Account No. Representing: **Le Redoute** | | | **Mitchell N. Kay PC** **25 W. Randolph St., Suite 920** **Chicago, IL 60606** | | | | |
| Account No. Representing: **Le Redoute** | | | **NCO Financial Systems** **PO Box 41457** **Philadelphia, PA 19101** | | | | |
| Account No. Representing: **Le Redoute** | | | **Plaza Associates** **PO Box 18008** **Hauppauge, NY 11788-8808** | | | | |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

563.72

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**                                               Case No. _____
       **Anna Grochowska**

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx3410** | | | | Credit Card | | | | |
| **Creditor #: 30 Marshall Fields C/O Arrow Financial 5996 W. Touhy Ave. Niles, IL 60714** | | H | | | | | | 901.67 |
| Account No. **x-xxx-xxx-x11-10** | | | | Credit Card | | | | |
| **Creditor #: 31 Marshall Fields Retailers National Bank PO Box 59231 Minneapolis, MN 55459-0231** | | W | | | | | | 690.35 |
| Account No. **xx Mx xx3626** | | | | Judgment | | | | |
| **Creditor #: 32 May Dept. Stores % Blatt Hasenmiller Leibsker et al. 125 S. Wacker Dr., Suite 400 Chicago, IL 60602-3702** | | W | | | | | | 1,060.13 |
| Account No. **xx0553....** | | | | Credit Card | | | | |
| **Creditor #: 33 NBGL - Carsons 140 W. Industrial Dr. Elmhurst, IL 60126** | | H | | | | | | 782.00 |
| Account No. **xxxx-xxxx-xxxx-7430** | | | | Credit Card | | | | |
| **Creditor #: 34 Nextcard PO Box 60610 Phoenix, AZ 85072-2230** | | H | | | | | | 16,600.34 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **20,034.49**

Official Form 6F (10/06) - Cont.

In re **Grzegorz Karbowski,**
     **Anna Grochowska**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Nextcard** | | | **Asset Acceptance LLC** <br>**PO Box 2036** <br>**Warren, MI 48090** | | | | |
| Account No. <br><br>**Representing:** <br>**Nextcard** | | | **Sanjay S. Jutla** <br>**55 E. Jackson, 16th Fl** <br>**Chicago, IL 60604** | | | | |
| Account No. **xxxxxxx6002** <br><br>**Creditor #: 35** <br>**Pier 1/NB** <br>**9111 Duke Blvd** <br>**Mason, OH 45040** | | H | **Credit Card** | | | | 577.00 |
| Account No. **xxxx-xxxx-xxxx-8912** <br><br>**Creditor #: 36** <br>**Providian** <br>**% Blatt Hasenmiller Leibsker et al.** <br>**125 S. Wacker Dr., Suite 400** <br>**Chicago, IL 60602-3702** | | W | **Credit Card** | | | | 2,594.16 |
| Account No. <br><br>**Representing:** <br>**Providian** | | | **Wolpoff & Abramson LLP** <br>**702 King Farm Blvd** <br>**Rockville, MD 20850-5775** | | | | |

Sheet no. __**19**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **3,171.16**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Grzegorz Karbowski,**
    **Anna Grochowska**
                                                                                    Case No. _____

                                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx Mx xx3387** | | | Judgment | | | | |
| **Creditor #: 37**<br>**Resurgence Financial LLC**<br>**4100 Commercial Ave.**<br>**Northbrook, IL 60062** | | W | | | | | 8,845.33 |
| Account No. **xxxxxx6661** | | | Credit Card | | | | |
| **Creditor #: 38**<br>**Saks Inc.**<br>**3455 Highway 80W**<br>**Jackson, MS 39209-7202** | | H | | | | | 800.00 |
| Account No. **xxxxxxx5001** | | | Open Account | | | | |
| **Creditor #: 39**<br>**SBC**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 769**<br>**Arlington, TX 76004-0769** | | H | | | | | 3,671.04 |
| Account No.<br><br>Representing:<br>**SBC** | | | **Allied Internation Credit Corp**<br>**2101 W. Peoria, Suite 120**<br>**Phoenix, AZ 85029-4925** | | | | |
| Account No.<br><br>Representing:<br>**SBC** | | | **R H Donnelley**<br>**1001 Winstead Dr**<br>**Cary, NC 27513** | | | | |

Sheet no. __**20**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    13,316.37

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
**Anna Grochowska**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx506-8** | | | | Utility Bill | | | | |
| **Creditor #: 40**<br>**Sprint**<br>**PO Box 8077**<br>**London, KY 40742** | | H | | | | | | 250.00 |
| Account No. **xxxx-xxxx-xxxx-8664** | | | | Credit Card | | | | |
| **Creditor #: 41**<br>**Target - Retailers National Bank**<br>**PO Box 59317**<br>**Minneapolis, MN 55459-0317** | | W | | | | | | 13,051.87 |
| Account No. | | | | **Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | | | |
| **Representing:**<br>**Target - Retailers National Bank** | | | | | | | | |
| Account No. | | | | **Northland Group**<br>**P.O. Box 390846**<br>**Edina, MN 55439** | | | | |
| **Representing:**<br>**Target - Retailers National Bank** | | | | | | | | |
| Account No. | | | | **Target**<br>**C/O NCO Financial Systems**<br>**PO Box 15630 Dept. 27**<br>**Wilmington, DE 19850** | | | | |
| **Representing:**<br>**Target - Retailers National Bank** | | | | | | | | |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,301.87

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Grzegorz Karbowski,**
       **Anna Grochowska**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9306** | | | Credit Card | | | | |
| **Creditor #: 42**<br>**The Associates**<br>**PO Box 142319**<br>**Irving, TX 75014-2319** | | W | | | | | 172.18 |
| Account No. | | | The Associates<br>Processing Center<br>Des Moines, IA 50363 | | | | |
| Representing:<br>**The Associates** | | | | | | | |
| Account No. **xxx-xx9-478** | | | Credit Card | | | | |
| **Creditor #: 43**<br>**The Limited**<br>**PO Box 659728**<br>**San Antonio, TX 78265-9728** | | W | | | | | 734.69 |
| Account No. | | | FMS Inc.<br>PO Box 707600<br>Tulsa, OK 74170-7600 | | | | |
| Representing:<br>**The Limited** | | | | | | | |
| Account No. | | | FMS Inc.<br>PO Box 4115 Dept. 553<br>Concord, CA 94524 | | | | |
| Representing:<br>**The Limited** | | | | | | | |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          906.87

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Grzegorz Karbowski,**
**Anna Grochowska**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx2AC713** | | H | | **Auto Loan Deficiency** | | | | |
| **Creditor #: 44**<br>**Toyota Motor Credit**<br>**5005 N. River Blvd. NE**<br>**Cedar Rapids, IA 52411-6634** | | | | | | | | **13,531.00** |
| Account No. **xxxx-xxxx-xxxx-0290** | | W | | **Credit Card** | | | | |
| **Creditor #: 45**<br>**United**<br>**PO Box 8650**<br>**Wilmington, DE 19899-8650** | | | | | | | | **5,638.26** |
| Account No. | | | | **Echelon Recovery, Inc.**<br>**PO Box 1880**<br>**Voorhees, NJ 08043** | | | | |
| **Representing:**<br>**United** | | | | | | | | |
| Account No. | | | | **John P. Frye, PC**<br>**PO Box 13665**<br>**Roanoke, VA 24036-3665** | | | | |
| **Representing:**<br>**United** | | | | | | | | |
| Account No. | | | | **Receivable Specialist Inc.**<br>**PO Box 26570**<br>**Fort Lauderdale, FL 33320-6570** | | | | |
| **Representing:**<br>**United** | | | | | | | | |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,169.26**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Grzegorz Karbowski,**
        **Anna Grochowska**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br>**Representing:**<br>**United** | | | | | **Riddle & Associates**<br>**PO Box 1187**<br>**Sandy, UT 84091-1187** | | | | |
| Account No.<br>**Representing:**<br>**United** | | | | | **United**<br>**PO Box 50882**<br>**Henderson, NV 89016-0882** | | | | |
| Account No. **xxx-xx1-666**<br>**Creditor #: 46**<br>**Victoria's Secret**<br>**PO Box 656728**<br>**San Antonio, TX 78265-9728** | | W | | | **Credit Card** | | | | **476.08** |
| Account No.<br>**Representing:**<br>**Victoria's Secret** | | | | | **CBCS**<br>**PO Box 165025**<br>**Columbus, OH 43216-5025** | | | | |
| Account No.<br>**Representing:**<br>**Victoria's Secret** | | | | | **World Financial Network**<br>**PO Box 182124**<br>**Columbus, OH 43218** | | | | |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**476.08**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Grzegorz Karbowski,**
**Anna Grochowska**                                          Case No. _____

_____ ,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx1442** | | | | **Collection account** | | | | |
| **Creditor #: 47** **W A M GECC** **C/O American Debt Collection** **2612 Jackson AVe. W** **Oxford, MS 38655-5405** | | W | | | | | | **1,021.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,021.00**

Total
(Report on Summary of Schedules)  **228,889.40**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6G
(10/05)

In re  **Grzegorz Karbowski,**
      **Anna Grochowska**

Case No. _____

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American Express Equipment Finance**<br>**1851 E. 1st. St., Suite 600**<br>**Santa Ana, CA 92705** | **Equipment Lease - Lessee** |

___**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re  **Grzegorz Karbowski,**
**Anna Grochowska**

Case No. _____

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Grzegorz Karbowski**
**Anna Grochowska**
_____
Debtor(s)

Case No. _____
Chapter **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**39**___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date **July 27, 2007**_____

Signature **/s/ Grzegorz Karbowski**_____
     **Grzegorz Karbowski**
     Debtor

Date **July 27, 2007**_____

Signature **/s/ Anna Grochowska**_____
     **Anna Grochowska**
     Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Grzegorz Karbowski**
     **Anna Grochowska** _____     Case No. _____
                                                  Debtor(s)     Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,500.00** |
| Prior to the filing of this statement I have received | $ | **1,500.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 27, 2007** _____

                                     **/s/ Joseph Wrobel** _____
                                     **Joseph Wrobel 3078256**
                                     **Joseph Wrobel, Ltd.**
                                     **105 West Madison Street**
                                     **Suite 700**
                                     **Chicago, IL 60602**
                                     **312.781.0996   Fax: 312.606.0413**
                                     **josephwrobel@chicagobankruptcy.com**

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Joseph Wrobel 3078256** | X **/s/ Joseph Wrobel** | **July 27, 2007** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**105 West Madison Street
Suite 700
Chicago, IL 60602
312.781.0996**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Grzegorz Karbowski**<br>**Anna Grochowska** | X **/s/ Grzegorz Karbowski** | **July 27, 2007** |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X **/s/ Anna Grochowska** | **July 27, 2007** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Grzegorz Karbowski**
**Anna Grochowska**

Debtor(s)

Case No. _____

Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **110**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 27, 2007**        **/s/ Grzegorz Karbowski**
                               **Grzegorz Karbowski**
                               Signature of Debtor

Date: **July 27, 2007**        **/s/ Anna Grochowska**
                               **Anna Grochowska**
                               Signature of Debtor

Academy Collection Service
10965 Decatur Road
Philadelphia, PA 19154-3210

Associated Bank
PO Box 8034
South Hackensack, NJ 07606-8034

Blatt Hasenmiller Leibker & Moore
PO Box 5463
Chicago, IL 60680-5463

Allied
C/O Allied Data Corp.
13111 Westheimer, Suite 400
Houston, TX 77077-5547

Associated Recovery Systems
201 W. Grand Ave.
Escondido, CA 92025

Blitt & Gaines
318 West Adams St.    #1600
Chicago, IL 60606

Allied Internation Credit Corp
2101 W. Peoria, Suite 120
Phoenix, AZ 85029-4925

At&T Universal
PO Box 6907
The Lakes, NV 88901-6907

BP
PO Box 15298
Wilmington, DE 19850-5298

American Express
% Customer Service
PO Box 297812
Fort Lauderdale, FL 33329-7812

AT&T Universal
PO Box 44167
Jacksonville, FL 32231-4167

BP/CBSD
PO Box 6003
Hagerstown, MD 21747

American Express
PO Box 360002
Fort Lauderdale, FL 33336-0002

AT&T Universal
PO Box 6916
The Lakes, NV 88901-6916

BP/Citibank SD
PO Box 15687
Wilmington, DE 19850-5687

American Express
PO Box 740640
Atlanta, GA 30374-0640

Bank of America
PO Box 7047
Dover, DE 19903-7047

Brooks Brothers
PO Box 105975
Atlanta, GA 30348-5975

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Bank One
PO Box 50882
Henderson, NV 89016-0882

Capital Management Services Inc.
726 Exchange St. #700
Buffalo, NY 14210

American Recovery Systems, Inc.
1699 Wall St., Suite 300
Mount Prospect, IL 60056-5788

Bank One
PO Box 8650
Wilmington, DE 19899-8650

Capital One
PO Box 85167
Richmond, VA 23285-5167

Arthur B. Adler & Associates
25 E. Washington St., Suite 500
Chicago, IL 60602-1702

Best Buy
C/O LVNV Funding
PO Box 10497
Greenville, SC 29603

Capital One
PO Box 85015
Richmond, VA 23285

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

Blatt Hasenmiller Leibker & Moore
125 S. Wacker Drive  Suite 400
Chicago, IL 60606-4440

Cavalry Portfolio LLC
PO Box 27288
Tempe, AZ 85282-7288

CBCS
PO Box 165025
Columbus, OH 43216-5025

Citibank
PO Box 6401
The Lakes, NV 88901-6401

CBCS
841 E. Hunting Park Ave.
Philadelphia, PA 19124

Chase
PO Box 52195
Phoenix, AZ 85072-2195

Citibank
PO Box 6000
The Lakes, NV 89163-6000

Fidelis Recovery Solutions Inc.
Bldg 500 Suite 200
1395 S. Marietta Pkwy.
Marietta, GA 30067-4440

Chase
PO Box 15919
Wilmington, DE 19850-5919

Citibank
C/O NCO Financial Systems
PO Box 41417 Dept. 99
Philadelphia, PA 19101

First USA
PO Box 8650
Wilmington, DE 19899-8650

Chase
PO Box 15678
Wilmington, DE 19850

Citibank Clasic MC
C/O National Enterprise Systems
29125 Solon Rd.
Solon, OH 44139-3442

First USA
PO Box 50882
Henderson, NV 89016-0882

Circuit City
C/O Asset Acceptance LLC
PO Box 2039
Warren, MI 48090-2039

Citicard
PO Box 6410
The Lakes, NV 88901-6410

Fitzgerald Law Firm PC
PO Box 3628
Alpharetta, GA 30023-3628

Citgo
PO Box 9095
Des Moines, IA 50368-9095

Citicards
PO Box 44167
Jacksonville, FL 32231-4167

Fleet
PO Box 15368
Wilmington, DE 19886-5368

Citi Card
PO Box 6000
The Lakes, NV 89163-6000

Discover
PO Box 30395
Salt Lake City, UT 84130-0395

Fleet Credit Card Servces
PO Box 17192
Wilmington, DE 19850-7192

Citi Cards
PO Box 142319
Irving, TX 75014-2319

Echelon Recovery, Inc.
PO Box 1880
Voorhees, NJ 08043

FMS Inc.
PO Box 707600
Tulsa, OK 74170-7600

Citi Cards
PO Box 6418
The Lakes, NV 88901-6418

Express
PO Box 659728
San Antonio, TX 78265

FMS Inc.
PO Box 4115 Dept. 553
Concord, CA 94524

Citi Cards
PO Box 6416
The Lakes, NV 88901-6416

Express
PO Box 330066
Northglenn, CO 80233-0066

Household Bank
PO Box 81622
Salinas, CA 93912-1622

Household Bank
PO Box 17051
Baltimore, MD 21297-1051

Mitchell N. Kay PC
PO Box 2374
Chicago, IL 60690

Northland Group
PO Box 390905
Edine, MN 55439

Household Bank
PO Box 88000
Baltimore, MD 21288-0001

Mitchell N. Kay PC
25 W. Randolph St., Suite 920
Chicago, IL 60606

Pier 1/NB
9111 Duke Blvd
Mason, OH 45040

John P. Frye, PC
PO Box 13665
Roanoke, VA 24036-3665

National Action Financial Services
165 Lawrence Bell Dr., Suite 100
PO Box 9027
Williamsville, NY 14231-9027

Plaza Associates
PO Box 18008
Hauppauge, NY 11788-8808

Kohl's
N56W17000 Ridge
Menomonee Falls, WI 53051

National Asset Recovery Inc.
PO Box 701
Chesterfield, MO 63006-0701

Providian
% Blatt Hasenmiller Leibsker et al.
125 S. Wacker Dr., Suite 400
Chicago, IL 60602-3702

Kretschman Law Office
PO Box 345
Buffalo, NY 14231

NBGL - Carsons
140 W. Industrial Dr.
Elmhurst, IL 60126

R H Donnelley
1001 Winstead Dr
Cary, NC 27513

Le Redoute
PO Box 659728
San Antonio, TX 78265-9728

NCO Financial Systems
PO Box 41417
Philadelphia, PA 19101

Receivable Specialist Inc.
PO Box 26570
Fort Lauderdale, FL 33320-6570

Marshall Fields
C/O Arrow Financial
5996 W. Touhy Ave.
Niles, IL 60714

NCO Financial Systems
PO Box 41625 Dept. 99
Philadelphia, PA 19101-1625

Redline Recovery Services
2350 N. Forest Rd., Suite 31B
Getzville, NY 14068-1296

Marshall Fields
Retailers National Bank
PO Box 59231
Minneapolis, MN 55459-0231

NCO Financial Systems
PO Box 41457
Philadelphia, PA 19101

Resurgence Financial LLC
4100 Commercial Ave.
Northbrook, IL 60062

May Dept. Stores
% Blatt Hasenmiller Leibsker et al.
125 S. Wacker Dr., Suite 400
Chicago, IL 60602-3702

Nextcard
PO Box 60610
Phoenix, AZ 85072-2230

Riddle & Associates
PO Box 1187
Sandy, UT 84091-1187

McKelvey Law Office
2780 Main St.
Buffalo, NY 14214

Northland Group
P.O. Box 390846
Edina, MN 55439

Risk Management Alternatives
PO Box 105195
Atlanta, GA 30348

Saks Inc.
3455 Highway 80W
Jackson, MS 39209-7202

The Associates
Processing Center
Des Moines, IA 50363

Sanjay S. Jutla
55 E. Jackson, 16th Fl
Chicago, IL 60604

The Limited
PO Box 659728
San Antonio, TX 78265-9728

SBC
Attn: Bankruptcy Dept.
PO Box 769
Arlington, TX 76004-0769

Toyota Motor Credit
5005 N. River Blvd. NE
Cedar Rapids, IA 52411-6634

Select Financial Services, Inc
PO Box 1070
Jenkintown, PA 19046-7370

United
PO Box 8650
Wilmington, DE 19899-8650

Sherman Acquisition LP
9700 Bissonnet #2000
PO Box 740281
Houston, TX 77274-0281

United
PO Box 50882
Henderson, NV 89016-0882

Sprint
PO Box 8077
London, KY 40742

Victoria's Secret
PO Box 656728
San Antonio, TX 78265-9728

Superlative RM
7311 Greenhaven Dr., Suite 273
Sacramento, CA 95831-3585

W A M GECC
C/O American Debt Collection
2612 Jackson AVe. W
Oxford, MS 38655-5405

Target
C/O NCO Financial Systems
PO Box 15630 Dept. 27
Wilmington, DE 19850

West Asset Management Inc.
PO Box 105747
Atlanta, GA 30348-5747

Target - Retailers National Bank
PO Box 59317
Minneapolis, MN 55459-0317

Wolpoff & Abramson LLP
702 King Farm Blvd
Rockville, MD 20850-5775

The Associates
PO Box 142319
Irving, TX 75014-2319

World Financial Network
PO Box 182124
Columbus, OH 43218